# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRAD KRAUSE,

        Plaintiff(s),　　　　　　　　　　Case No. 10-C-0718

  v.

                              **MINUTE SHEET**

CITY OF WEST ALLIS, et al.,

        Defendant(s).

---

**Hon. William E. Callahan, Jr., presiding.**　　**Deputy Clerk:** Katina

**Type of proceeding:** SCHEDULING CONFERENCE

**Date:** February 17, 2011　　　　　　　　　**Court Reporter:**

**Time Commenced: 9:12:48**　　　　　　　　**Time Concluded: 9:24:08**

**Appearances:**　　**Plaintiff:** Brad Krause (pro se) by telephone

　　　　　　　　　　**Defendant:** Kevin Reak

**Comments:**

The parties shall make their initial disclosures by: 3/1/11

The plaintiff shall disclose expert witnesses by: 7/29/11

The defendant shall disclose expert witnesses by: 9/30/11

Any rebuttal experts shall be disclosed by: 10/17/11

All discovery is to be completed by: 11/30/11

All dispositive pretrial motions (in accordance with Local Rule 56) by: 1/13/12

A scheduling conference is set for: 1/20/12 at 9:00 am, if no motions pending.

Defendant interested in mediation with plaintiff. Court advises parties of availability of mediation.