# Schiro & Zarzynski
**Attorneys and Counselors at Law**
*www.WisconsinTrialLawyers.com*

John S. Schiro

Jeffrey P. Zarzynski

Twelfth Floor
735 West Wisconsin Avenue
Milwaukee, WI 53233-2413
(414) 224-0825
(Fax) 224-1411

January 12, 2012

Honorable William E. Callahan, Jr.
United States Magistrate Judge
Eastern District Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

      **RE:    Brad Krause v. City of West Allis et. al.**
             **Case No.: 10-CV-0718**

Dear Judge Callahan:

Please be advised that the parties have reached an agreement of the above matter, and will be forwarding a Stipulation and Order to the court in the next two weeks. I respectfully request that Friday's hearing be removed from the court's calendar.

Thank you.

                                              Sincerely yours,

                                              /s/ *John S. Schiro*

                                              JOHN S. SCHIRO
                                              Attorney at Law

JSS/kav
Enclosures


cc:    Attorney Kevin Reak