UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

BRAD KRAUSE,

    Plaintiff,

v.                                     Case No. 10-C-0718

CITY OF WEST ALLIS,
DAVID MADDEN,
BRIAN MASON, and
ANDREW MATTER,

    Defendants.

___

## ORDER FOR DISMISSAL
___

Upon the Stipulation for Dismissal of the parties,

IT IS HEREBY ORDERED:

This matter shall be dismissed with prejudice, upon its merits, and without costs or attorneys' fees to any party.

Dated this ____ day of _____, 2012.

                                                                 BY THE COURT:

                                                                  _____
                                                                  William E. Callahan, Jr.
                                                                  U.S. Magistrate Judge